KELLY E. KONKRIGHT, WSBA#33544
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

*Attorney for Defendants.*

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRESHON NEDILL BROUGHTON,<br><br>                 Plaintiff,<br><br>v.<br><br>ALEX GORDON, individually and in his official capacity, SHANE EMERSON, individually and in his official capacity, City of Pullman, a Washington Municipality, the Pullman City Police Department, and JOHN DOES 1-10,<br><br>                 Defendants. | NO. 2:18-cv-00340-SMJ<br><br>NOTICE OF APPEARANCE |

TO:    The above named Plaintiff, and to James W. Grow, Jr., Esquire, your attorney:

YOU WILL PLEASE TAKE NOTICE that the above-named Defendants, Alex Gordon, Shane Emerson, City of Pullman, and Pullman City Police Department, without waiving objections as to insufficiency of process or service of process or of jurisdiction, hereby enter their appearance in the above cause and

NOTICE OF APPEARANCE: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01875353  12/4/18

request that all further pleadings and papers herein (except process) be served upon their attorneys, Lukins & Annis, P.S., at the address below stated.

Lukins & Annis, P.S., does hereby appear as counsel of record for defendants, Alex Gordon, Shane Emerson, City of Pullman, and Pullman City Police Department, and requests that all pleadings and notices in this matter be served on the undersigned.

DATED this 3rd day of December, 2018.

LUKINS & ANNIS, P.S.

By: _____
KELLY E. KONKRIGHT, WSBA #33544
Attorney for Defendants
City of Pullman, Pullman City Police
Department, Alex Gordon and Shane
Emerson

NOTICE OF APPEARANCE: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01875353  12/4/18

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4<u>th</u> day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James W. Grow, Jr.: growlawoffice@gmail.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

LUKINS & ANNIS, P.S.

_____
DEDEE NOLL, Legal Assistant

NOTICE OF APPEARANCE: 3

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01875353  12/4/18