FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRESHON NEDILL BROUGHTON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEX GORDON, individually and in his official capacity; SHANE EMERSON, individually and in his official capacity; CITY OF PULLMAN, a Washington municipality; CITY OF PULLMAN POLICE DEPARTMENT; and JOHN DOES 1–10,<br><br>　　　　　　　Defendants. | No.　2:18-cv-00340-SMJ<br><br>**ORDER GRANTING PERMISSION TO PARTICIPATE** *PRO HAC VICE* |

　　　Before the Court is the application of Jonathan D. Hally for permission to appear *pro hac vice* as counsel for Plaintiff Treshon Nedill Broughton, ECF No. 10. The Court has reviewed the motion and the file in this matter and is fully informed. The Court finds that a showing of particular need to appear and participate in this case has been made and that the requirements of Local Civil Rule 83.2(c)(1) and (3) have been met.

　　　**IT IS HEREBY ORDERED** that the Motion for Admission *Pro Hac Vice* of Jonathan D. Hally, **ECF No. 10**, is **GRANTED**. Jonathan D. Hally may appear

ORDER GRANTING PERMISSION TO PARTICIPATE *PRO HAC VICE* **-** 1

and participate *pro hac vice* for the purpose of representing Plaintiff Treshon Nedill Broughton in the above-captioned matter. Counsel of record, James W. Grow, Jr., shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of March 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge