FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRESHON NEDILL BROUGHTON,<br><br>            Plaintiff,<br><br>v.<br><br>ALEX GORDON, individually and in his official capacity; SHANE EMERSON, individually and in his official capacity; CITY OF PULLMAN, a Washington municipality; CITY OF PULLMAN POLICE DEPARTMENT; and JOHN DOES 1–10,<br><br>            Defendants. | No. 2:18-cv-00340-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 9, 2019, the parties filed a stipulated dismissal, ECF No. 25. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion and Order to Dismiss with Prejudice, **ECF No. 25**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of September 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2